IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SOUTHWIRE COMPANY, SOUTHWIRE INTERNATIONAL CORPORATION and HEPTAGON, LTD.<br><br>Plaintiffs<br><br>vs<br><br>RAMALLO BROS. PRINTING, INC.<br>RAMALLO SCREWS AND BOLTS, INC.<br>RAMALLO CASTING, INC.<br>ESTEBAN RAMALLO-DIAZ<br>ANGEL RAMALLO-DIAZ<br>INGRID RAMALLO-DIAZ<br>AIDA RAMALLO-DIAZ<br>AIDA DIAZ DE RAMALLO and the conjugal partnership with ESTEBAN RAMALLO GONZALEZ<br>ABC INSURANCE COMPANY<br>and JOHN DOE<br><br>Defendants | CIVIL 03-1100CCC |

**O R D E R**

Having considered defendants' Motion for Sanctions for Failure to Attend 30(b)(6) Depositions (**docket entry 84**), defendants' Motion Requesting Hearing and Sanctions on Plaintiffs' Failure to Cooperate With Discovery (**docket entry 85**), plaintiffs' opposition (**docket entry 87**), as well as the Joint Informative Motion Regarding Discovery Schedule (**docket entry 122**), the motions for sanctions (**docket entries 84 & 85**) are hereby DENIED.

The Joint Informative Motion Regarding Discovery Schedule (**docket entry 122**) is APPROVED. The parties will strictly adhere to said schedule. The discovery deadlines, for fact witnesses of APRIL 28, 2006 and for expert witnesses of AUGUST 15, 2006, agreed upon by the parties, will not be further extended. The dispositive motion deadline is, therefore, fixed by the Court at SEPTEMBER 18, 2006. Accordingly, the Motion to Extend the Deadline to File Dispositive Motions (**docket entry 90**) and the Motion for Extension of Dispositive Motion Deadline (**docket entry 91**) are MOOT. In addition, the Court having approved the joint

CIVIL 03-1100CCC 2

discovery schedule, the following motions are also MOOT: Motion to Quash Subpoenaes (**docket entry 79**), Request for an Order to Compel (**docket entry 80**) and Motion to Compel (**docket entry 81**).

A **settlement conference is set for NOVEMBER 16, 2006 at 5:00 P.M.  The non-jury trial is reset for MARCH 13, 2007 at 10:00 A.M.**

SO ORDERED.

At San Juan, Puerto Rico, on January 20, 2006.

S/CARMEN CONSUELO CEREZO
United States District Judge