IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SOUTHWIRE COMPANY, SOUTHWIRE INTERNATIONAL CORPORATION and HEPTAGON, LTD.<br><br>Plaintiffs<br><br>vs<br><br>RAMALLO BROS. PRINTING, INC.<br>RAMALLO SCREWS AND BOLTS, INC.<br>RAMALLO CASTING, INC.<br>ESTEBAN RAMALLO-DIAZ<br>ANGEL RAMALLO-DIAZ<br>INGRID RAMALLO-DIAZ<br>AIDA RAMALLO-DIAZ<br>AIDA DIAZ DE RAMALLO and the conjugal partnership with ESTEBAN RAMALLO GONZALEZ<br>ABC INSURANCE COMPANY<br>and JOHN DOE<br><br>Defendant | CIVIL 03-1100CCC |

**O R D E R**

Having considered plaintiffs' Motion Requesting a Ruling Granting Docket No. 38 (**docket entry 116**), which is deemed to be a reconsideration of that part of the August 25, 2005 Order (**docket entry 113**) which granted the Motion Opposing Plaintiffs' Request for Disclosure of Privileged Information filed by non-party deponent Rafael Bassetti (**docket entry 41**) as unopposed, the same is GRANTED. Accordingly, the Order granting docket entry 41 is VACATED. The Court partially GRANTS plaintiffs' Memorandum Regarding Disclosure of Identity of Payer of Attorney's Fees (**docket entry 38**) as to the first request that deponent Bassetti disclose the identity of the payer of his attorney Jean Paul Vissepó's legal fees. It is DENIED as to the second request contained therein on information as to the "circumstance regarding the engagement of Mr. Vissepó's services." Plaintiffs' Memorandum (**docket entry**

CIVIL 03-1100CCC                             2

**38**), at p. 4.  The information ordered to be disclosed will be provided to plaintiffs' counsel by deponent Bassetti in a written declaration under penalty of perjury on or before FEBRUARY 1, 2006.

    SO ORDERED.

    At San Juan, Puerto Rico, on January 20, 2006.

                                                S/CARMEN CONSUELO CEREZO
                                                United States District Judge